Argued March 18, affirmed March 18, 1976

STATE, *Respondent,*

*v.*

LEONARD MERLE KIDWELL, *Appellant.*

(CA No. 5434, Circuit Court No. C75-08-2687)

546 P2d 1119

Argued and submitted March 18, 1976.

*Gary D. Babcock* and *Robert C. Cannon,* attorneys for appellant.

*W. Michael Gillette* and *Donald L. Paillette,* attorneys for respondent.

Before Schwab, Chief Judge, and Langtry and Fort, Judges.

PER CURIAM.

Affirmed. *State v. Elmore,* 24 Or App 651, 546 P2d 1117 (1976).